Valerie McConnell (SBN 274159)
vmcconnell@jonesday.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:    +1.650.739.3939
Facsimile:     +1.650.739.3900

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARUN PANDYA,<br><br>              Plaintiff,<br><br>       v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; ET AL.,<br><br>              Defendants. | Case No. 3:16-cv-06373-TEH<br><br>Assigned to:  Thelton E. Henderson<br><br>**SECOND JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

On November 1, 2016, Plaintiff Arun Pandya ("Plaintiff") filed a Complaint in this action, one of many Complaints filed by Plaintiff's counsel on the same day.  Shortly thereafter, Plaintiff and Experian agreed to an extension for Experian to answer or otherwise respond to the Complaint by February 1, 2017.

In accordance with Local Rule 6-1(a), Plaintiff and Experian now agree to a second extension for Experian to answer or otherwise respond to the Complaint.  Experian's response to Plaintiff's Complaint is due February 28, 2017.  To the extent that Experian files a motion to dismiss in this case, Experian agrees that Plaintiff shall have 30 days to respond.  Experian will thereupon have 21 days for any reply.

1  This further extension is necessary given Experian's pending motion to consolidate this
2  case with the many other cases filed by Plaintiff's counsel, as well as Experian's pending motions
3  to dismiss numerous other Complaints filed by Plaintiff's counsel, which raise legal issues that
4  are identical to the ones presented by Plaintiff's Complaint.
5  Accordingly, IT IS HEREBY STIPULATED by and between Plaintiff and Experian, that
6  the deadline for Experian to answer or otherwise respond to the Complaint is extended until
7  February 28, 2017.  Plaintiff's deadline to respond to any motion to dismiss is extended to 30
8  days from filing, and Experian's deadline to reply in support of a motion to dismiss is extended to
9  21 days from filing the opposition.

11 Dated:  January 9, 2017

*/s/ Elliot W. Gale*
Elliot W. Gale (SBN 263326)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA 95110
Tele.:   (408) 279-2288
Fax:     (408) 279-2299
Email:  egale@sagarialaw.com

Attorneys for Plaintiff
Arun Pandya

18 Dated:  January 9, 2017

*/s/ Valerie McConnell*
Valerie McConnell (SBN 274159)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Tele.:   (650) 739-3939
Fax:     (650) 739-3900
Email:  vmcconnell@jonesday.com

Attorneys for Defendant
Experian Information Solutions, Inc.

**ECF CERTIFICATION**

I, Valerie McConnell, hereby attest pursuant to Local Rule 5-1(i)(3) that the concurrence to the filing of this document has been obtained from each signatory hereto.

Executed this 9th day of January, 2017, at Palo Alto, California.

*/s/ Valerie McConnell*
Valerie McConnell (SBN 274159)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Tele.:  (650) 739-3939
Fax:   (650) 739-3900
Email:  vmcconnell@jonesday.com

Attorneys for Defendant
Experian Information Solutions, Inc.

1 **[PROPOSED] ORDER**

2 The Court, having considered the parties' Second Joint Stipulation for Extension of Time
3 to Respond to the Complaint, hereby extends Experian Information Solutions, Inc.'s ("Experian")
4 deadline to answer or otherwise respond to the Complaint to February 28, 2017. Plaintiff's
5 deadline to respond to any motion to dismiss is extended to 30 days from filing, and Experian's
6 deadline to reply in support of a motion to dismiss is extended to 21 days from filing the
7 opposition.

8 **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

10 DATED: 1/10/2017

_____
The Honorable Judge Thelton E. Henderson
UNITED STATES DISTRICT JUDGE