1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

7

8
                    UNITED STATES DISTRICT COURT
9
          NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION
10

11

12 | ARUN PANDYA,                      | Federal Case No.: 3:16-CV-06373-TEH
   |                                   |
13 |              Plaintiff,           |
   |                                   |
14 |     vs.                           | **STIPULATED REQUEST FOR
   |                                   | DISMISSAL OF DEFENDANT BANK OF
15 | BANK OF AMERICA, N.A.; et. al.,   | AMERICA, N.A.; [PROPOSED] ORDER**
   |                                   |
16 |              Defendants.          |

17 **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

18      IT IS HEREBY STIPULATED by and between plaintiff Arun Pandya and defendant Bank

19 of America, N.A. ("BANA"), that BANA be dismissed from this action with prejudice pursuant to

20 Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own

21 attorneys' fees and costs.

22 //

23 //

24 //

25 //

26 //

27 //

28

                                                 1
STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A.; [PROPOSED] ORDER

| | |
|---|---|
| DATED: April 12, 2017 | Sagaria Law, P.C. |
| | By: */s/ Elliot W. Gale* |
| | Elliot W. Gale |
| | Attorneys for Plaintiff |
| | Arun Pandya |
| | |
| DATED: April 12, 2017 | McGuireWoods LLP |
| | |
| | By: */s/ Anthony Le* |
| | Anthony Le |
| | Attorneys for Defendant |
| | Bank of America, N.A. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Anthony Le has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, BANA is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: _____

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE