Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| ARUN PANDYA,<br><br>          Plaintiff,<br><br>     vs.<br><br>EQUIFAX, INC.; et. al.,<br><br>          Defendants. | Federal Case No.: 3:16-CV-06373-TEH<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Arun Pandya and defendant Equifax, Inc. ("Equifax"), that Equifax be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

//

1
STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER

DATED: April 24, 2017            Sagaria Law, P.C.

                                 By: _____/s/ Elliot W. Gale_____
                                         Elliot W. Gale
                                 Attorneys for Plaintiff
                                 Arun Pandya

DATED: April 24, 2017            Nokes & Quinn

                                 By: _____/s/ Thomas P. Quinn, Jr._____
                                         Thomas P. Quinn, Jr.
                                 Attorneys for Defendant
                                 Equifax, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Equifax is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:_____          _____
                                 THELTON E. HENDERSON
                                 UNITED STATES DISTRICT JUDGE