1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
   Joe Angelo (State Bar No. 268542)
2  SAGARIA LAW, P.C.
   2033 Gateway Place, 5th Floor
3  San Jose, California 95110
   Telephone: (408) 279-2288
4  Facsimile: (408) 279-2299

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| ARUN PANDYA, | Federal Case No.: 3:16-cv-06373-TEH |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT JPMORGAN CHASE BANK, N.A.; [PROPOSED] ORDER** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiff Arun Pandya and defendant Chase Bank USA, N.A. (erroneously sued as JPMorgan Chase Bank, N.A.) ("Chase"), through their designated counsel, that Chase be dismissed with prejudice from the above-captioned action pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

DATED:  April 24, 2017          **Sagaria Law, P.C.**

By:   */s/ Elliot W. Gale*
            Elliot W. Gale
Attorneys for Plaintiff
Arun Pandya

DATED: April 24, 2017           **Covington and Burling LLP**

By:   */s/Megan Rodgers*
            Megan Rodgers
Attorneys for Defendant
Chase Bank USA, N.A. (erroneously sued as JPMorgan Chase Bank, N.A.)

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Megan Rodgers has concurred in this filing.
*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Chase is dismissed with prejudice from the above-captioned action and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:_____

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE