SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ARUN PANDYA, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br> Defendants. | Case No.: 3:16-cv-06373-TEH <br><br> STIPULATION TO DISMISS DEFENDANT WELLS FARGO BANK, NATIONAL ASSOCIATION; PROPOSED ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Arun Pandya and defendant Wells Fargo Bank, National Association. ("Wells Fargo"), that Wells Fargo be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

DATED: April 24, 2017          Sagaria Law, P.C.

                               By:        /s/ Elliot W. Gale
                                          Elliot W. Gale
                               Attorneys for Plaintiff
                               Arun Pandya

DATED: April 24, 2017          Severson & Werson


                               By:        /s/ Ivette Zamora
                                          Ivette Zamora
                               Attorneys for Defendant
                               Wells Fargo Bank, National Association


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Ivette Zamora has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Wells Fargo is dismissed with prejudice and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:_____

                               THELTON E. HENDERSON
                               UNITED STATES DISTRICT JUDGE